UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

KEVIN G. LEWIS,

    Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC. f/k/a
INTEGRITY FINANCIAL PARTNERS, INC.,
and EQUABLE ASCENT FINANCIAL, LLC f/k/a
HILCO RECEIVABLES, LLC,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. Mims v. Arrow Fin. Servs. LLC, 132 S. Ct. 740 (2012); U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant, INTEGRITY SOLUTION SERVICES, INC. f/k/a INTEGRITY FINANCIAL PARTNERS, INC., placed telephone calls into this District on behalf of Defendant, EQUABLE ASCENT FINANCIAL, LLC f/k/a HILCO RECEIVABLES, LLC.

## PARTIES

3. Plaintiff, KEVIN G. LEWIS, is a natural person and citizen of the State of Florida who resides in Broward County, Florida.

4. Defendant, INTEGRITY SOLUTION SERVICES, INC. f/k/a INTEGRITY FINANCIAL PARTNERS, INC. ("INTEGRITY") is a corporation with its principal place of business at 20 Corporate Hills Drive, St. Charles, Missouri 63301.

5. Defendant, EQUABLE ASCENT FINANCIAL, LLC f/k/a HILCO RECEIVABLES, LLC ("EQUABLE") is a limited liability company with its principal place of business at Suite B, 1120 West Lake Cook Road, Buffalo Grove, Illinois, 60089.

6. Because EQUABLE is the creditor on whose behalf INTEGRITY placed the calls, it is jointly and severally liable to Plaintiff with respect to the alleged violations of the TCPA. The Federal Communications Commission has held: "Similarly, a creditor on whose behalf an autodialed or prerecorded message call is made to a wireless number bears the responsibility for any violation of the Commission's rules." FCC, IN THE MATTER OF RULES AND REGULATIONS IMPLEMENTING THE TELEPHONE CONSUMER PROTECTION ACT OF 1991: REQUEST OF ACA INTERNATIONAL FOR CLARIFICATION AND DECLARATORY RULING, 07-232, ¶10, (2007), ("FCC RUL. 07-232").

## FACTUAL ALLEGATIONS

7. Defendant INTEGRITY, or others acting at its request, on behalf of EQUABLE, left the following message on Plaintiff's cellular voice mail on or about the dates stated:

August 31, 2009 – Pre-Recorded Message

Please listen to this full message.  If you are Kevin Lewis, please press 1.  To put this call on hold in order to bring Kevin Lewis to the phone, please press 2.  If you are not Kevin Lewis, but can pass a message to Kevin Lewis, please press 3.  If you are not Kevin Lewis, but would like to speak with an agent, please press 4.  To repeat this message, please press 5.

8. Defendant, INTEGRITY, or others acting at its request, on behalf of Defendant, EQUABLE, left other messages using an automatic telephone dialing system or an artificial or pre-recorded voice to place telephone calls to Plaintiff's cellular telephone

9. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

10. Defendants willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

11. Plaintiff incorporates Paragraphs 1 through 10.

12. Defendant, INTEGRITY, or others acting at its request, on behalf of EQUABLE, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, INTEGRITY SOLUTION SERVICES, INC f/k/a INTEGRITY FINANCIAL PARTNERS, INC. and EQUABLE ASCENT FINANCIAL, LLC f/k/a HILCO RECEIVABLES, LLC for:

    a. Damages;

3

    b.    a declaration that Defendants calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

                            DONALD A. YARBROUGH, ESQ.
                            Attorney for Plaintiff
                            Post Office Box 11842
                            Ft. Lauderdale, FL 33339
                            Telephone: 954-537-2000
                            Facsimile: 954-566-2235
                            don@donyarbrough.com

                            /s/ Donald A. Yarbrough
                            Donald A. Yarbrough, Esq.
                            Florida Bar No. 0158658